# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Myra Curtis Teesateskee, | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:13-cv-00006-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. this action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2014 Order.

May 8, 2014

Signed: May 8, 2014

Frank G. Johns, Clerk
United States District Court