UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 2:13-cv-00006-FDW-DSC

| | |
|---|---|
| MRYA CURTIS TEESATESKEE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>                                                   )<br>CAROLYN W. COLVIN, )<br>)<br>    Defendant. )<br>) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff Mrya Curtis Teesateskee's unopposed Supplemental Motion for Attorney's Fees (Doc. No. 28).

This Court accepted the parties' Consent Motion for Entry of an Order Accepting the Parties' Settlement Agreement on Attorney's Fees on August 13, 2014. The original EAJA motion neglected to request reimbursement of the filing fee in the amount of $350.00. The parties now request approval for reimbursement of costs in the amount of $350.00 from the Judgment Fund of the Department of the Treasury. See 28 U.S.C. §§ 2412(c)(1), 2414.

IT IS THEREFORE ORDERED that Plaintiff's Supplemental Motion for Attorney's Fees is **GRANTED**.

**IT IS SO ORDERED.**

Signed: September 24, 2014

Frank D. Whitney
Chief United States District Judge

1